UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIDGET BERTRAND, ET AL. | * | CIVIL ACTION NO. 2:12-CV-00007 |
| | * | Consolidated with 2:12-CV-00016 |
| VERSUS | * | |
| | * | JUDGE: MARTIN L. C. FELDMAN |
| LINDE MATERIAL HANDLING | * | |
| NORTH AMERICA CORP., ET AL | * | MAG. JUDGE:JOSEPH C. WILKINSON, JR. |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Bridget Bertrand, Wayne A. Strecker, and Pamela R. Strecker (collectively, the "Plaintiffs"); and intervenor, Ceres Gulf, Inc. ("Intervenor") who respectfully request that this Court enter a Judgment of Dismissal, dismissing all of the claims asserted by Plaintiffs and Intervenor against any party in this action, with prejudice, each party to bear its own costs.

WHEREFORE, Bridget Bertrand, Wayne A. Strecker, Pamela R. Strecker, and Ceres Gulf, Inc. respectfully request that all of Plaintiffs' and Intervenor's claims be dismissed, with prejudice, and with each party to bear its own costs.

1030411.2

Respectfully submitted:

| | |
|---|---|
| */s/ Michael H. Bagot* | */s/ T. Peter Breslin* |
| MICHAEL H. BAGOT (#2665) | T. PETER BRESLIN (#3436) |
| Wagoner, Bagot & Rayer, LLP | T. Peter Breslin Law |
| Suite 1600 | Suite 2 |
| Pan American Life Center | 2908 Hessmer Avenue |
| 601 Poydras Street | Metairie, LA 70001 |
| New Orleans, LA 70130 | Telephone: (504) 780-9891 |
| Telephone: (504) 525-2141 | Facsimile (504) 780-7741 |
| Facsimile: ((504) 523-1587 | ATTORNEY FOR BRIDGETTE |
| ATTORNEY FOR PLAINTIFFS, | BERTRAND |
| WAYNE A. STRECKER AND | |
| PAMELA R. STRECKER | |

 */s/ Lawarence Postol*
LAWRENCE POSTOL
*Seyfarth Shaw LLP*
975 F. Street, N.W.
Washington, DC 20004
Telephone:
Facsimile:
ATTORNEYS FOR CERES GULF, INC.

1030411.2

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record herein, by either telecopy transmission, email, hand delivery, or placing same in the U.S. Mail, postage prepaid. I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 6th day of December, 2012.

                                                                          */s/ Francis H. Brown*
                                                                          FRANCIS H. BROWN, III