UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIDGET BERTRAND, ET AL. | * | CIVIL ACTION NO. 2:12-CV-00007 |
| | * | Consolidated with 2:12-CV-00016 |
| VERSUS | * | |
| | * | JUDGE: MARTIN L. C. FELDMAN |
| LINDE MATERIAL HANDLING | * | |
| NORTH AMERICA CORP., ET AL | * | MAG. JUDGE: JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Joint Motion for Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Bridget Bertrand, Wayne A. Strecker, Pamela R. Strecker, and Ceres Gulf, Inc. in this action are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __7th__ day of _____December_____, 2012.

_____
**MARTIN L. C. FELDMAN
DISTRICT JUDGE**

1030411.2